UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN,<br><br>        Plaintiff,<br><br>    v.<br><br>K. YOUNG, et al.,<br><br>        Defendants. | No.  2:17-cv-01260-MCE-DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants violated his rights when they failed to protect him, violated his right to due process during a disciplinary hearing, and treated him differently than other inmates.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 15, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 68.)  Neither party has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed February 15, 2021, are ADOPTED in full; and

4 | 2. Defendants' Motion for summary judgment (ECF No. 53) is GRANTED.

IT IS SO ORDERED.

Dated:  June 9, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE